UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARK A. MORAD, | CIVIL ACTION |
| Plaintiff, | DOCKET NO. 12-02190 |
| | SECTION R, DIVISION 4 |
| VERSUS | JUDGE SARAH S. VANCE |
| LINO J. AVIZ, AVIZ HOME IMPROVEMENT & GENERAL CONTRACTOR, INC. and NATIONWIDE PROPERTY & CASUALTY INSURANCE COMPANY, | MAGISTRATE KAREN WELLS ROBY |
| Defendants | |

**NATIONWIDE PROPERTY & CASUALTY INSURANCE COMPANY'S RESPONSE IN OPPOSITION TO MOTION TO DISMISS COUNTERCLAIM FOR DECLARAOTRY JUDGMENT AS FILED ON BEHALF OF LINO J. AVIZ AND AVIZ HOME IMPROVEMENT & GENERAL CONTRACTOR, INC.**

**COMES NOW** Defendant, Nationwide Property & Casualty Company ("Nationwide"), by and through counsel, and responds in opposition to the Memorandum in Support of Plaintiff's Motion to Dismiss Nationwide's Counterclaim for Declaratory Judgment [Doc. 30], as filed on behalf of Lino J. Aviz and Aviz Home Improvement & General Contractor, Inc. (collectively "Aviz"), as follows:

On January 18, 2013, Aviz adopted the arguments presented by Plaintiff Mark A. Morad in his brief, as if presented by Aviz in its entirety.  *See* [Doc. 30].  Because a hearing on this matter is scheduled for January 30, 2013, and so as to file a timely response, Nationwide hereby, in response to Aviz, adopts its Response in Opposition to Motion to Dismiss Counterclaim for Declaratory Judgment

1

[Doc. 28], as if fully set forth herein. Nationwide would, however, reserve the right to respond more fully should it deem such response necessary.

  This, the 22nd day of January, 2013.

           Respectfully submitted,

          **NATIONWIDE PROPERTY & CASUALTY INSURANCE COMPANY**

       BY: */s/ John S. Graham*
          JOHN S. GRAHAM

OF COUNSEL:

CLYDE X. COPELAND, III, (MSB# 10322) (admitted *pro hac vice*)
JOHN S. GRAHAM (MSB#100364) (admitted *pro hac vice*)
JERNIGAN COPELAND & ANDERSON, PLLC
587 Highland Colony Pkwy.
P.O. Box 3380
Ridgeland, Mississippi 39158-3380
Telephone: (601) 427-0048
Facsimile:  (601) 427-0051
ccopeland@jcalawfirm.com
jgraham@jcalawfirm.com

MARK E. SEAMSTER (#17136)
JAMES A. PRATHER (#20595)
GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH
#3 Sanctuary Boulevard, 3rd Floor
Mandeville LA 70471
Telephone: (985) 674-6680
Facsimile:  (985) 674-6681
mseamster@gjtbs.com
jprather@gjtbs.coom

## **CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that I have this day notified, via electronic mail, the foregoing document, to the following:

      Dorothy L. Tarver, Esq.
      Ashley L. Belleau, Esq.
      Ryan M. McCabe, Esq.
      Montgomery Barnett (New Orleans)
      Energy Centre
      1100 Poydras Street, Suite 3300
      New Orleans LA 70163
      dtarver@monbar.com
      abelleau@monbar.com
      rmccabe@monbar.com
      ***Attorneys for Mark A. Morad***

      Nahum David Laventhal, Esq.
      3421 N. Causeway Boulevard, Suite 800
      Metairie LA 70002-3733
      Laventn1@nationwide.com
      ***Attorney for Lino Aviz***

**THIS**, the 22nd day of January, 2013.

                                                  */s/ John S. Graham*
                                                  JOHN S. GRAHAM